# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

134928 & (56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 134928
                              COA: 269156

LEE DANIEL WHITE,
      Defendant-Appellant.

                              Kent CC: 05-007793-FC

_____/

      On order of the Court, the application for leave to appeal the August 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the trial court is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

p0114